```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

        MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA     )
                             )   CRIMINAL ACTION NO.
     v.                      )       2:14cr23-MHT
                             )           (WO)
WILLIAM THOMAS CRANE         )
```

OPINION AND ORDER

This cause is now before the court on the question of whether defendant William Thomas Crane has the mental capacity to stand trial, that is, whether he is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is not able to understand the nature and consequences of the proceedings against him or to assist properly in his defense. See 18 U.S.C. § 4241(a). Based on evidence presented in open court on November 19, 2014, the court finds that he has the mental capacity to stand trial.

Crane's counsel requested an examination to determine whether he was competent based on interactions with Crane that made him believe he might have undiagnosed psychological disorders, leading to

forgetfulness and paranoid thinking. He also noted that he might be suffering from early signs of dementia. The magistrate judge granted this request and ordered Crane committed for psychological evaluation.

Lisa Bellah, Ph.D., a licensed psychologist, evaluated Crane at the Federal Correctional Institute in Fort Worth, Texas. <u>See</u> 18 U.S.C. § 4241(b). Dr. Bellah concluded that Crane "does not currently evidence any signs or symptoms of mental disease or defect that would impair his ability to understand the nature and consequences of the proceedings against him or to properly assist in his defense." Psychological Evaluation submitted by Lisa Bellah, Ph.D., dated October 22, 2014 (Doc. No. 175), at 5. She indicated that Crane "was accurately able to state his current charge" and that "Mr. Crane was knowledgeable regarding the circumstances of his current charge and the proceedings against him and had an appreciation for the potential consequences of his charge." <u>Id</u>. Although

2

Dr. Bellah did find that Crane had a pattern of illicit substance abuse and was noted as having some difficulty adequately recalling certain dates and events in detail, this information does not create reasonable cause to believe that Crane may not be competent. *Id*. at 7-8.  Furthermore, in open court on November 19, 2014, counsel for both sides rested on this report and had nothing else to present on the issue.

Based upon the psychological evaluation and pursuant to 18 U.S.C. § 4241(a), the court concludes that Crane is not currently suffering from a mental disease or defect such that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

\*\*\*

Accordingly, it is ORDERED that defendant William Thomas Crane is declared mentally competent to stand trial in this case.

DONE, this the 19th day of November, 2014.

                                       /s/ Myron H. Thompson  
                              UNITED STATES DISTRICT JUDGE