IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION NO. |
| v.    ) | 2:14cr23-MHT |
| ) | (WO) |
| WILLIAM THOMAS CRANE ) | |

## ORDER

For the reasons stated at sentencing in open court on April 21, 2015, it is ORDERED that the defendant William Thomas Crane's motion for judgment of acquittal (doc. no. 258) is denied.

DONE, this the 21st day of April, 2015.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**