IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
     v.                     )          2:14cr23-MHT
                            )             (WO)
WILLIAM THOMAS CRANE        )
```

ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on December 7, 2015 (doc. no. 335), affirming the judgment of conviction and sentence pronounced in this case as to defendant William Thomas Crane on April 21, 2015, and entered on April 22, 2015 (doc. no. 311), and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on January 6, 2016, and received in the office of the clerk of this court on January 6, 2016 (doc. no. 336), it is the ORDER, **JUDGMENT**, and **DECREE** of the court that the judgment of conviction and sentence pronounced upon defendant William Thomas Crane on April 21, 2015, and entered on

April 22, 2015 (doc. no. 311), is continued in full force and effect.

DONE, this the 7th day of January, 2016.

                           /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**