IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:14cr23-MHT |
| | ) | (WO) |
| WILLIAM THOMAS CRANE | ) | |

OPINION AND ORDER

This case is before the court on defendant William Thomas Crane's motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the 2014 edition of the Sentencing Guidelines, which revised the guidelines applicable to drug-trafficking offenses. Following the United States Sentencing Commission's decision to give retroactive effect to that amendment, this court established a Retroactivity Screening Panel to determine whether a defendant might be eligible for a reduction of sentence. Upon consideration of the unanimous recommendation of the Retroactivity Screening Panel (doc. no. 360) that Crane's motion be denied, and after an independent and de novo review of the record, it is ORDERED that defendant William Thomas Crane's motion for a sentence reduction (doc. no. 343) is

denied. Crane is not eligible to receive a reduction in sentence pursuant to Amendment 782 because he was sentenced after the amended guideline went into effect and is entitled to no further reduction.

DONE, this the 11th day of December, 2018.

                               _/s/ Myron H. Thompson_
                               UNITED STATES DISTRICT JUDGE