IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:14cr23-MHT |
| | ) | (WO) |
| WILLIAM THOMAS CRANE | ) | |

ORDER

Upon consideration of the government's motion for an order authorizing the disclosure of protected health information (doc. no. 367), it is ORDERED that the motion is granted as follows.

It is ORDERED that the government is permitted to obtain from the Bureau of Prisons protected health information pertaining to defendant William Thomas Crane and the government is permitted to disclose such materials to the court as necessary to respond to the defendant's pending motion for compassionate release (doc. no. 362).

It is FURTHER ORDERED that the government shall not disclose any protected health information to any

third-party except for the court and any attorney representing the defendant.

It is FURTHER ORDERED that the government shall not file with the court any medical records unless it seeks to do so under seal and first redacts from such records all personal identifying information that is not necessary to assess the defendant's current health condition.

It is FURTHER ORDERED that the government and Bureau of Prisons are expressly prohibited from using or disclosing the protected health information obtained pursuant to this order for any purpose other than responding to the defendant's request for compassionate release.

Additionally, the government is ORDERED to either return the protected health information to the Bureau of Prisons *or* destroy the protected health information (including all copies made) immediately upon conclusion of the litigation related to the defendant's request

2

for compassionate release, including any appeal of the decision of this court.  *See* 45 C.F.R. §§ 163.502(b) and 164.512(e)(1)(v).

DONE, this the 21st day of May, 2020.

                            _/s/ Myron H. Thompson_
                            **UNITED STATES DISTRICT JUDGE**