IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:14cr23-MHT |
| | ) | (WO) |
| WILLIAM THOMAS CRANE | ) | |

ORDER

It is ORDERED that defendant William Thomas Crane's motion for reduction in sentence and compassionate release (doc. no. 362) is denied.

***

Defendant Crane sought compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), which allows for a reduction in sentence when a court finds that "extraordinary and compelling reasons warrant such a reduction." He sought release under this provision based on his increased susceptibility to serious complications from COVID-19 due to his age of 63 and his medical condition, combined with his inability to protect himself from infection in the conditions of the prison where he was incarcerated. After he filed the motion, the Bureau of Prisons, on its own, released him

on home confinement.

While Crane's age, health condition, and the conditions at the prison could have constituted 'extraordinary and compelling reasons' for a sentence reduction, such circumstances no longer exist.   As Crane will not need to report in person for supervision during the pandemic, *see* Notice (doc. no. 394), reducing his sentence will not reduce his risk of infection with COVID-19.   Finally, the 18 U.S.C. § 3553(a) factors, particularly "the need for the sentence imposed ... to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense," weigh against a sentence reduction given that his sentence has now effectively been reduced to home confinement.   18 U.S.C. § 3553(a)(2)(A).

DONE, this the 24th day of November, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE